```
 1  GAIL C. TRABISH, ESQ. (#103482)
    BOORNAZIAN, JENSEN & GARTHE
 2  A Professional Corporation
    555 12th Street, Suite 1800
 3  P. O. Box 12925
    Oakland, CA  94604-2925
 4  Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
 5
    Attorneys for Defendant
 6  TARGET STORES, a division
    of Target Corporation, erroneously
 7  sued herein as Target Corporation
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. MILES, | Case No.:  C-07-06040 BZ |
| Plaintiff, | [Alameda County Sup. Ct. Case No.: HG 07340327] |
| vs. | |
| | **CERTIFICATE OF SERVICE** (28 U.S.C. §1746) |
| TARGET CORPORATION, and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed:  August 13, 2007 |

## CERTIFICATE OF SERVICE

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

1.  Order Setting Initial Case Management Conference and ADR Deadlines;

2.  Notice of Assignment of Case to U.S. Magistrate Judge for Trial;

3.  ECF Registration Information Handout;

4.   Welcome to the U.S. District Court Handout;

5.   Dispute Resolution Procedures in the Northern District of California

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Louis B. Bernstein, Esq.                **Attorneys for Plaintiff**
1 Kaiser Plaza, Ste. 601
Oakland, CA  94612
(510) 832-5460  Phone
(510) 625-9463  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 30, 2007.

_____
ALEXINE BRAUN

25186\420287