UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBRA J. MILES,

        Plaintiff(s),

v.

TARGET CORPORATION, and Does 1-10, inclusive,

        Defendant(s).

No. C 07-06040 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 30, 2007

_____
Signature

Counsel for Def. TARGET STORES
(Plaintiff, Defendant or indicate "pro se")

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Louis B. Bernstein, Esq.　　　　　　　　　　**Attorneys for Plaintiff**
1 Kaiser Plaza, Ste. 601
Oakland, CA  94612
(510) 832-5460  Phone
(510) 625-9463  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 30, 2007.

_____
ALEXINE BRAUN

25186\420063