# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

### RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

February 21, 2008

To: **Louis M. Bernstein**
Attorney At Law
One Kaiser Plaza, Suite 601
Oakland, CA 94612


Re: Debra J. Miles v. Target Corporation - C07-6040 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 24, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within five days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By:   /s/ Lashanda Scott
       Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd