1  LOUIS M. BERNSTEIN (SBN 30636)
   ATTORNEY AT LAW
2  1425 LEIMERT BOULEVARD, SUITE 203
   OAKLAND, CA 94602
3  (510)482-4100
   FAX: (510) 482-4111
4
   Attorney for Plaintiff

**FILED**

**FEB 28 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## United States District Court
## Northern District of California

| | |
|---|---|
| DEBRA J. MILES, | **Case No. CV 07 6040 BZ** |
| Plaintiff, | (Alameda County Superior Court Case No. HG 07340327) |
| v. | NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S ATTORNEY |
| TARGET CORPORATION, and Does 1-10, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN, effective immediately, that plaintiff's counsel's address, telephone and fax numbers have been changed as follows:

Louis M. Bernstein
Attorney at Law
1425 Leimert Boulevard, Suite 203
Oakland, Ca 94602

Telephone: (510) 482-4100
Fax: (510) 482-4111

DATED: February 26, 2008

_____
Louis M. Bernstein,
Attorney for Plaintiff

**NOTICE OF CHANGE OF ADDRESS**
**PAGE 1**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, the undersigned, declare: |
| 3 | I am over the age of 18 years and am not a party to this action or proceeding. My business |
| 4 | address is 1425 Leimert Boulevard, Suite 203, Oakland, CA 94612 |
| 5 | On February 26, 2007, I served the following **NOTICE OF CHANGE OF** |
| 6 | **ADDRESS...** by delivery as noted below: |
| 7 | ☒ Mail: Placed in the United States mail at Oakland, California, postage prepaid.<br>☐ Federal Express/UPS: Delivered to a facility for delivery to final destination. |
| 8 | ☐ Personal service: Delivered by hand to the addressee.<br>☐ FAX: Sent by telephone wire for same day delivery. |
| 9 | |
| 10 | Addressed (FAX NO:) to: |
| 11 | Gail C. Trabish<br>Attorney at Law |
| 12 | Boornazian, Jensen & Garthe<br>Post Office Box 12925 |
| 13 | Oakland, Ca 94604-2925 |
| 14 | FAX No. (510) 839-1897<br>Personal service: 555 12th Street, Suite 1800, Oakland |
| 15 | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 16 | declaration was executed at Oakland, California on February 26, 2008 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | **NOTICE OF CHANGE OF ADDRESS**<br>**PAGE 2** |