**FILED**

FEB 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. MILES<br><br>Plaintiff(s),<br><br>v.<br><br>TARGET CORPORATION, AND DOES 1-10<br><br>Defendant(s).    / | No. C 07-6040BZ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 2-25-08

Signature /s/

Counsel for  PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of 18 years and am not a party to this action or proceeding. My business address is 1425 Leimert Boulevard, Suite 203, Oakland, CA 94612

On February 25, 2008, I served the following **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** by delivery as noted below:

☒ Mail: Placed in the United States mail at Oakland, California, postage prepaid.
☐ Federal Express/UPS: Delivered to a facility for delivery to final destination.
☐ Personal service: Delivered by hand to the addressee.
☐ FAX: Sent by telephone wire for same day delivery.

Addressed (FAX NO:) to:

> Gail C. Trabish
> Attorney at Law
> Boornazian, Jensen & Garthe
> P. O. Box 12925
> Oakland, Ca 94604-2925

Fax No. 510-839-1897
Personal service: 555 - 12th Street, Suite 1800, Oakland

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on February 26, 2008.

*[signature]*