LOUIS M. BERNSTEIN
ATTORNEY AT LAW
1425 LEIMERT BOULEVARD, SUITE 203
OAKLAND, CA 94602

(510) 482-4100
FAX: (510) 482-4111

VIA FACSIMILE AND U.S. MAIL
(415) 522-4694

**FILED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 27, 2008

Richard W. Wieking
Clerk, U. S. District Court
Att'n: Lashanda Scott
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:  *Debra J. Miles v. Target Corporation, et al.*
     No. C 07-6040BZ

Dear Ms. Scott:

Yesterday I sent a DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE, etc., to you for filing. However, I have changed my mind, and will send a CONSENT to you today. If it is not too late please file the CONSENT when you receive it.

Thank you for your consideration.

Very truly yours,

Louis M. Bernstein
LMB/lb
Enc.