UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBRA J. MILES,

               Plaintiff(s),

v.

TARGET CORPORATION, and DOES 1-10, inclusive,

               Defendant(s).

CASE NO. C-07-06040 BZ

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

other requested deadline _____

Dated: 2/28/08

                                            Attorney for Plaintiff

Dated: 2/29/08

                                            Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____                                        _____

                                                                                       UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS (MEDIATION)**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Louis M. Bernstein, Esq.<br>1425 Leimert Blvd., Ste. 203<br>Oakland, CA 94602-1866<br>Tel:  (510) 482-4100<br>Fax: (510) 482-4111 | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on February 28, 2008.

_____
Alexine Braun

25186\426508

-3-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - C-07-06040 BZ