UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEBRA J. MILES,

          Plaintiff(s),

v.

TARGET CORPORATION, and DOES
1-10, inclusive,

          Defendant(s).
_____/

Case No. C-07-06040 BZ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/26/08

Dated: 2/29/08

_____
[Party] Target Corporation

_____
[Counsel]

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ADR CERTIFICATION BY PARTIES AND COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Louis M. Bernstein, Esq.　　　　　　　　**Attorneys for Plaintiff**
1425 Leimert Blvd., Ste. 203
Oakland, CA  94602-1866
Tel:    (510) 482-4100
Fax:   (510) 482-4111

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Oakland, California on March 3, 2008.

_____
Alexine Braun

25186\426508