1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 DEBRA J. MILES,                    )   Case No.:  C-07-06040 BZ
                                      )
12         Plaintiff,                 )   **CERTIFICATION OF INTERESTED**
                                      )   **ENTITIES OR PERSONS**
13 vs.                                )
                                      )
14                                    )
   TARGET CORPORATION, and DOES 1-10, )
15 inclusive,                         )
                                      )
16         Defendants.                )   Complaint Filed:  August 13, 2007
                                      )
17 _____    )

18         Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than

19 the named parties, there is no interest to report.

20

21 DATED: March 4, 2008           BOORNAZIAN, JENSEN & GARTHE
                                  A Professional Corporation
22

23
                                  By: _____
24                                    GAIL C. TRABISH, ESQ.
                                      Attorney for Defendant
25                                    TARGET STORES, a division of
                                      TARGET CORPORATION
26 25186\427158

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; USDC Case No.: C 07-06040 BZ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Louis M. Bernstein, Esq.<br>1425 Leimert Blvd., Ste. 203<br>Oakland, CA 94602-1866<br>(510) 482-4100 Phone<br>(510) 482-4111 Fax | **Attorney for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on March 4, 2008.

_____
ALEXINE BRAUN

25186\427158