1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA 94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7
   LOUIS M. BERNSTEIN, ESQ. (#30636)
8  1425 Leimert Blvd., Suite 203
   Oakland, CA 94601
9  Telephone: (510) 482-4100
   Facsimile: (510) 482-4111
10
   Attorney for Plaintiff
11 DEBRA J. MILES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA J. MILES,<br><br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: C-07-06040 BZ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Case Management Conference<br><br>Date:     March 24, 2008<br>Time:     4:00 p.m.<br>Location: Courtroom G<br>              U.S. District Court<br>              450 Golden Gate Ave.<br>              San Francisco, CA<br><br>Complaint Filed: August 13, 2007 |

      Pursuant to this Court's Civil Local Rules ("Civ. L.R.") 16-7 and 16-9, the parties jointly submit this Case Management Statement and Proposed order. Each party certifies that its lead trial counsel who will try this case met and conferred for the preparation of this Statement as required by Civ. L.R. 16-4.

The parties make the following representations and recommendations:

1. **JURISDICTION AND SERVICE**

The Court has jurisdiction pursuant to 28 U.S.C. 1441(b) and 28 U.S.C. 1332. There are no issues regarding personal jurisdiction or venue. The incident occurred in San Leandro, California. All parties have been served.

2. **JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

The plaintiff Debra J. Miles claims to have injured her knee when she slipped and fell at the Target Store in San Leandro, CA on November 11, 2005. Defendant contends that it routinely maintains its store, and was not aware of any dangerous or defective condition on its premises. Plaintiff was disabled at the time of the incident.

3. **LEGAL ISSUES**

   a. Whether defendant was negligent in the operation of its premises.

   b. Plaintiff's comparative negligence.

   c. Plaintiff's medical history and causation.

   d. The nature and extent of injuries.

4. **MOTIONS**

There are no motions pending.

5. **AMENDMENT OF PLEADINGS**

None anticipated.

6. **EVIDENCE PRESERVATION**

Two Polaroid photographs depicting the incident location have been produced.

7. **DISCLOSURES**

The parties have made timely disclosures pursuant to Fed. R. Civ. Proc. 26.

8. **DISCOVERY**

Interrogatories and a request for production of documents have been propounded by defendant to plaintiff. Medical records from all medical providers identified in plaintiff's Initial Disclosure have been subpoenaed by defendant. The deposition of the plaintiff will be noticed by

defendant upon receipt of the subpoenaed medical records and response to the Interrogatories and Requests for Production of Documents. Defendant may elect to have plaintiff examined pursuant to F.R.C.P. 35.

9. **CLASS ACTIONS**

No class action is proposed.

10. **RELATED CASES**

There are no related cases or other actions pending before any other court.

11. **RELIEF**

Monetary damages are sought for medical expenses, pain and suffering.

12. **SETTLEMENT AND ADR**

The parties have stipulated to mediation. .

13. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

The parties have consented to a magistrate judge.

14. **OTHER REFERENCES**

No other references are appropriate at this time.

15. **NARROWING OF ISSUES**

None anticipated.

16. **EXPEDITED SCHEDULE**

None anticipated.

17. **SCHEDULING**

The parties propose the following:

Designation of expert: 10/13/08

Designation of Rebuttal Experts: 11/3/08

Expert Discovery Cutoff: 11/24/08

Last Day to File Motion re Expert Discovery: 12/8/08

Fact Discovery cutoff: 9/26/08

Last Day to File Motion to Compel Fact Discovery: 10/6/08

1  Hearing of Dispositive Motions: 12/1/08

2  Pretrial Conference: 12/15/08

3  Trial: 1/12/09

4  **18.  TRIAL**

5  Defendant demands a jury.

6  **19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSON**

7  A Certificate of Non-Party Interested Entities or Persons has been filed by defendant.

8  **20. OTHER MATTERS**

9  None known.

11  DATED: MARCH 4, 2008        LOUIS M. BERSTEIN, ESQ.

14  By: _____
    LOUIS M. BERSTEIN, ESQ.
    Attorney for Plaintiff
    DEBRA J. MILES

18  DATED: 3/4, 2008           BOORNAZIAN, JENSEN & GARTHE
                                A Professional Corporation

20                              By: _____
21                                  GAIL C. TRABISH, ESQ.
                                    Attorney for Defendant
22                                  TARGET STORES, a division of
                                    TARGET CORPORATION

251RG\427145

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **JOINT CASE MANAGEMENT STATEMENT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Louis M. Bernstein, Esq.                **Attorney for Plaintiff**
1425 Leimert Blvd., Ste. 203
Oakland, CA 94602-1866
(510) 482-4100 Phone
(510) 482-4111 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on March 4, 2008.

_____
ALEXINE BRAUN

25186\427145