LOUIS M. BERNSTEIN (SBN 30636)
ATTORNEY AT LAW
1425 LEIMERT BOULEVARD, SUITE 203
OAKLAND, CA 94602
(510)482-4100
FAX: (510) 482-4111

Attorney for Plaintiff

# United States District Court
# Northern District of California

DEBRA J. MILES,

            Plaintiff,

v.

TARGET CORPORATION, and Does 1-
10, inclusive,

            Defendants.

                         /

**Case No. CV 07 6040 BZ**
(Alameda County Superior Court
Case No. HG 07340327)

ADR CERTIFICATION BY PLAINTIFF
AND COUNSEL

Pursuant to Civil L. R. 16-8(b) and ADR L. R. 3-5(b), the undersigned certify that they:

(1) Read the handbook entitled : "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site, www.adr.cand.uscourts.gov.

(2) Discussed the available dispute options provided by the Court and private entities, and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

///////

ADR CERTIFICATION BY PLAINTIFF AND COUNSEL
PAGE 1

1

2    Dated:  3-7-08

3                                                        _____
                                                         Louis M. Bernstein, attorney for plaintiff
4    Dated: 3-10-08

5                                                        _____
                                                         Debra J. Miles, plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **ADR CERTIFICATION BY PLAINTIFF AND COUNSEL**
     **PAGE 2**

**PROOF OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 years and am not a party to this action or proceeding. My business address is 1425 Leimert Boulevard, Suite 203, Oakland, CA 94612

On March 10, 2008, I served the following **ADR CERTIFICATION BY PLAINTIFF AND COUNSEL** by delivery as noted below:

☒ Mail: Placed in the United States mail at Oakland, California, postage prepaid.
☐ Federal Express/UPS: Delivered to a facility for delivery to final destination.
☐ Personal service: Delivered by hand to the addressee.
☐ FAX: Sent by telephone wire for same day delivery.

Addressed (FAX NO:) to:

> Gail C. Trabish
> Attorney at Law
> Boornazian, Jensen & Garthe
> P. O. Box 12925
> Oakland, Ca 94604-2925

Fax No. 510-839-1897
Personal service: 555 - 12th Street, Suite 1800, Oakland

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on March 10, 2008.

ADR CERTIFICATION BY PLAINTIFF AND COUNSEL
PAGE 3