**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **03/24/2008**

**C07-6040 BZ**

**Debra J. Miles v. Target Corporation**

Attorneys: Pltf: Louis Bernstein
          Def: Gail Trabish

Time: 3:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**      Reporter: **Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                                **RULING:**

1. Initial Case Management Conference                Matter Held
2. _____              _____

(  ) Status Conference    (  ) P/T Conference    (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Counsel agree to participate in court sponsored mediation.  Mediation session to occur within 120 days.  Jury Trial set for January 20, 2009 at 8:30 a.m.  Trial set for 5 days. Pretrial Conference set for January 6, 2009 at 4:00 p.m.

( XX ) ORDER TO BE PREPARED BY:   Pltf ____   Deft ____   Court  XX

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Pltf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  (  )Jury     (  )Court
Notes: _____