LOUIS M. BERNSTEIN (SBN 30636)
ATTORNEY AT LAW
1425 LEIMERT BOULEVARD, SUITE 203
OAKLAND, CA 94602
(510) 482-4100
FAX: (510) 482-4111

Attorney for Plaintiff

**United States District Court**
**Northern District of California**

| | |
|---|---|
| DEBRA J. MILES, | Case No. CV 07 6040 BZ |
| Plaintiff, | (Alameda County Superior Court Case No. HG 07340327) |
| v. | NOTICE OF SETTLEMENT |
| TARGET CORPORATION, and Does 1-10, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THE COURT-CONNECTED ADR NEUTRAL1:

1. This entire case has been settled. The settlement is unconditional.

2. A *Request for Dismissal* will be filed within 45 days of July 8, 2008, the date of settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 8, 2008

Louis M. Bernstein, Attorney for Plaintiff

NOTICE OF SETTLEMENT
PAGE 1

# PROOF OF SERVICE

I, the undersigned, declare:

I am over the age of 18 years and am not a party to this action or proceeding. My business address is 1425 Leimert Boulevard, Suite 203, Oakland, CA 94612

On July 9, 2008, I served the following **NOTICE OF SETTLEMENT** by delivery as noted below:

☒ Mail: Placed in the United States mail at Oakland, California, postage prepaid.
☐ Federal Express/UPS: Delivered to a facility for delivery to final destination.
☐ Personal service: Delivered by hand to the addressee.
☐ FAX: Sent by telephone wire for same day delivery.

Addressed (FAX NO:) to:

>  Gail C. Trabish
>  Attorney at Law
>  Boornazian, Jensen & Garthe
>  P. O. Box 12925
>  Oakland, Ca 94604-2925

Fax No. 510-839-1897
Personal service: 555 - 12th Street, Suite 1800, Oakland

Patricia Prince (Mediator)
Attorney at Law
775 E. Blithedale Avenue, No. 130
Mill Valley, CA 94941

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 9, 2008.

NOTICE OF SETTLEMENT
PAGE 2